LIBERTY INVESTING CORPORATION, Respondent, *v.* HUNTINGTON INVESTING CORPORATION et al., Appellants, Impleaded with Others.

(Argued April 24, 1929; decided May 28, 1929.)

*Otho S. Bowling* for appellants.
*Julius Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.